| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
### Chapter 13 Case No. 23-10828 / CMG

Maria A. Mezzina

Petition Filed Date: 01/31/2023
341 Hearing Date: 03/02/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/23/2023 | $700.00 | 90134760 | | | | | | |

**Total Receipts for the Period: $700.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Maria A. Mezzina | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Mark N. Glyptis, Esq. | Attorney Fees | $3,313.00 | $0.00 | $3,313.00 |
| | »» AMENDED DISCLOSURE 2/7/23 | No Disbursements: No Check | | | |
| 1 | NELNET | Unsecured Creditors | $13,801.73 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE | Priority Crediors | $837.40 | $0.00 | $0.00 |
| | »» 2022 EST TAXES | Hold Funds: Estimated | | | |
| 3 | SANTANDER CONSUMER USA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| | »» 2019 JEEP CHEROKEE | | | | |
| 4 | TD BANK USA NA | Unsecured Creditors | $4,119.80 | $0.00 | $0.00 |
| 5 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC | Mortgage Arrears | $54.18 | $0.00 | $0.00 |
| | »» P/8 RICKARD CT/1ST MTG | | | | |
| 6 | LIGHTSTREAM, a division of TRUIST BANK | Unsecured Creditors | $17,149.16 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-10828 / CMG**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $700.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $700.00 |
| Paid to Trustee: | $50.40 | Arrearages: | $700.00 |
| Funds on Hand: | $649.60 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for _FREE_!  Register today at www.ndc.org or**
**scan this code to get started.**

