**Mark N. Glyptis, Esq.**
LAW OFFICE OF MARK N. GLYPTIS
14 Sandalwood
Hamilton, NJ 08619
Phone: 609-433-7211
Email: mglyptislaw@aol.com
*Attorney for Debtor(s)*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY - TRENTON DIVISION

| In re: | |
|---|---|
| MARIA A. MEZZINA | Bankruptcy No: 23-10828 |
| | Chapter: 13 |
| Debtor(s), | Judge: Honorable Christine M. Gravelle |

### CERTIFICATE OF SERVICE

I, Mark N. Glyptis, attorney for Debtor(s), hereby certify that on May 26, 2023 a true and correct copy of the First Amended Chapter 13 Plan was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the parties listed in the attached mailing matrix or listed as ECF recipients, including:

US Trustee - *via ECF*                    Albert Russo, Trustee - *via ECF*

**Debtor(s)**: 8 Rickard Court, LAWRENCE TOWNSHIP, NJ 08648


DATED: May 30, 2023

                                                    LAW OFFICE OF MARK N. GLYPTIS

                                                    /s/ Mark N. Glyptis
                                                    Mark N. Glyptis
                                                    Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0312-3<br>Case 23-10828-CMG<br>District of New Jersey<br>Trenton<br>Fri May 26 13:29:00 EDT 2023 | U.S. Bankruptcy Court<br>402 East State Street<br>Trenton, NJ 08608-1507 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Barclays Bank Delaware<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Capital Health Medical Center<br>PO Box 78531<br>Philadelphia, PA 19178-5831 |
| Capital Health Medical Group<br>Att: 17558X<br>PO Box 14000<br>Belfast, ME 04915-4033 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Chrysler Capital<br>PO Box 660335<br>Dallas, TX 75266-0335 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Citibank/Best Buy<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Comenity bank/J Crew<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenitycapital/Ulta<br>Attn: Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenitycapital/levisa<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Costco Citi Card<br>Attn: Bankruptcy<br>Po Box 6500<br>Sioux Falls, SD 57117-6500 |
| Higher Education Student Assistance Auth<br>Attn: Bankruptcy<br>P.O. Box 545<br>Trenton, NJ 08625-0545 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 724<br>Springfield, NJ 07081-0724 |
| (p)KHEAA<br>ATTN MILES F JUSTICE<br>100 AIRPORT RD<br>FRANKFORT KY 40601-6161 | Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LightStream, a division of Truist Bank<br>PO Box 1847<br>Wilson, NC 27894-1847 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1922 |
| Nelnet<br>Attn: Bankruptcy Claims<br>Po Box 82505<br>Lincoln, NE 68501-2505 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quicken Loans Rocket Mortgage<br>Attn: Bankruptcy<br>1050 Woodward Avenue<br>Detroit, MI 48226-3573 | Rocket Mortgage, LLC f/k/a Quicken Loans, at<br>635 Woodward Avenue<br>Detroit  MI 48226-3408 | Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX 76161-0244 |

| | | |
|---|---|---|
| Santander Consumer USA, Inc.<br>d/b/a Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 | State of New Jersey<br>Division of Taxation<br>PO Box 283<br>Trenton, NJ 08646-0283 | Syncb/Old Navy<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Syncb/Verizon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/zulily<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Target<br>c/o Financial & Retail Srvs<br>Mailstop BT POB 9475<br>Minneapolis, MN 55440-9475 | Truist Bank<br>Attn: Bankruptcy<br>Mc Va-Rvw-6290 Pob 85092<br>Richmond, VA 23286-0001 | U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102-5235 |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Maria A. Mezzina<br>8 Rickard Court<br>Lawrence Township, NJ 08648-2667 | Mark N Glyptis<br>Law Office of Mark N Glyptis<br>14 Sandalwood Ave<br>TRENTON<br>Trenton, NJ 08619-2034 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | KHEAA<br>PO BOX 798<br>FRANKFORT KY 40602 | Macys/fdsb<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Barclays Bank Delaware<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Carnival<br>POB 41067<br>Norfolk VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>c/o Frontier Airlines<br>POB 41067<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Rocket Mortgage, LLC f/k/a Quicken Loans,

End of Label Matrix
**Mailable recipients    44**
**Bypassed recipients     1**
**Total                  45**