Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−10828−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria A. Mezzina
   fka Maria Przyborowski
   8 Rickard Court
   Lawrence Township, NJ 08648

Social Security No.:
   xxx−xx−4826

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 28, 2023.

Dated: June 28, 2023
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Maria A. Mezzina  
    Debtor

Case No. 23-10828-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jun 28, 2023      Form ID: plncf13      Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria A. Mezzina, 8 Rickard Court, Lawrence Township, NJ 08648-2667 |
| 519826681 | | Capital Health Medical Center, PO Box 78531, Philadelphia, PA 19178-5831 |
| 519826682 | | Capital Health Medical Group, Att: 17558X, PO Box 14000, Belfast, ME 04915-4033 |
| 519826690 | + | Higher Education Student Assistance Auth, Attn: Bankruptcy, P.O. Box 545, Trenton, NJ 08625-0545 |
| 519855613 | | LightStream, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 519826698 | + | State of New Jersey, Division of Taxation, PO Box 283, Trenton, NJ 08646-0283 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 28 2023 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 28 2023 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519860252 | | Email/PDF: bncnotices@becket-lee.com | Jun 28 2023 20:59:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519826679 | + | Email/PDF: bncnotices@becket-lee.com | Jun 28 2023 20:59:02 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519826680 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 28 2023 20:56:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519826684 | | Email/Text: enotifications@santanderconsumerusa.com | Jun 28 2023 20:56:00 | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 519878521 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 21:09:49 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519826685 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 20:58:58 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519826686 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2023 20:56:00 | Comenity bank/J Crew, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519826688 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2023 20:56:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519826687 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2023 20:56:00 | Comenitycapital/levisa, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519826689 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 21:09:51 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 519826694 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 20:59:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |

Case 23-10828-CMG    Doc 36    Filed 06/30/23    Entered 07/01/23 00:14:55    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2023 | Form ID: plncf13 | Total Noticed: 44 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 519826692 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 28 2023 20:56:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519826683 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 28 2023 20:58:59 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519877684 | | Email/Text: legaldivision@kheaa.com | Jun 28 2023 20:55:00 | KHEAA, PO BOX 798, FRANKFORT KY 40602 |
| 519826693 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 28 2023 20:55:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519865165 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 20:59:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519826695 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 28 2023 20:56:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 519831561 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 28 2023 20:56:00 | Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1922 |
| 519867992 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2023 20:58:36 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519908696 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2023 21:09:47 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519886015 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2023 20:59:00 | Portfolio Recovery Associates, LLC, c/o Carnival, POB 41067, Norfolk VA 23541 |
| 519887294 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2023 21:09:47 | Portfolio Recovery Associates, LLC, c/o Frontier Airlines, POB 41067, Norfolk VA 23541 |
| 519880882 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 20:56:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519826696 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 28 2023 20:56:00 | Quicken Loans Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519845269 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 28 2023 20:56:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519826697 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 28 2023 20:56:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519836201 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 28 2023 20:56:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519826699 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 21:09:55 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519826700 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 20:59:11 | Syncb/Verizon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519826701 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 21:09:49 | Syncb/zulily, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519885678 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 28 2023 21:09:54 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519827217 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 20:58:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519826702 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 21:10:03 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519843715 | + | Email/Text: bncmail@w-legal.com | Jun 28 2023 20:56:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519826703 | + | Email/Text: bncmail@w-legal.com | | |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Jun 28, 2023 | Form ID: plncf13 | Total Noticed: 44

| | | | | |
|---|---|---|---|---|
| | | Jun 28 2023 20:56:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 | |
| 519826704 | + Email/Text: bankruptcy@bbandt.com | Jun 28 2023 20:56:00 | Truist Bank, Attn: Bankruptcy, Mc Va-Rvw-6290 Pob 85092, Richmond, VA 23286-0001 | |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519826691 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 724, Springfield, NJ 07081-0724 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Mark N Glyptis | on behalf of Debtor Maria A. Mezzina mglyptislaw@aol.com casedriverecfg@gmail.com;casedriverecf@casedriver.com;ecf@casedriver.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4