Office Mailing Address:

Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-10828 / CMG**

Maria A. Mezzina

Petition Filed Date: 01/31/2023
341 Hearing Date: 03/02/2023
Confirmation Date: 06/21/2023

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/23/2023 | $700.00 | 90134760 | 03/29/2023 | $700.00 | | 04/27/2023 | $700.00 | |
| 05/30/2023 | $700.00 | | 06/23/2023 | $1,042.00 | | 07/26/2023 | $1,042.00 | |
| 08/30/2023 | $1,042.00 | | 10/04/2023 | $1,042.00 | | 10/31/2023 | $1,042.00 | |
| 12/01/2023 | $1,042.00 | | 01/08/2024 | $1,042.00 | | | | |

**Total Receipts for the Period:  $10,094.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $10,094.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Maria A. Mezzina | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Mark N. Glyptis, Esq.<br>»» AMENDED DISCLOSURE 2/7/23 | Attorney Fees | $3,313.00 | $3,313.00 | $0.00 |
| 1 | KHEAA<br>»» NELNET | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2022/AMD $0 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 3 | SANTANDER CONSUMER USA<br>»» 2019 JEEP CHEROKEE/CRAM | Debt Secured by Vehicle | $13,069.11 | $5,032.06 | $8,037.05 |
| 4 | TD BANK USA NA | Unsecured Creditors | $4,119.80 | $0.00 | $4,119.80 |
| 5 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/8 RICKARD CT/1ST MTG | Mortgage Arrears | $54.18 | $16.86 | $37.32 |
| 6 | LIGHTSTREAM, a division of TRUIST BANK | Unsecured Creditors | $17,149.16 | $0.00 | $17,149.16 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $5,728.11 | $0.00 | $5,728.11 |
| 8 | LVNV FUNDING LLC<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $1,787.64 | $0.00 | $1,787.64 |
| 9 | LVNV FUNDING LLC<br>»» SYNCHRONY/VERIZON VISA | Unsecured Creditors | $674.87 | $0.00 | $674.87 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $1,613.24 | $0.00 | $1,613.24 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $4,635.01 | $0.00 | $4,635.01 |
| 12 | CITIBANK, N.A.<br>»» MY BEST BUY CC | Unsecured Creditors | $412.00 | $0.00 | $412.00 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» ULTAMATE REWARDS MC | Unsecured Creditors | $4,988.52 | $0.00 | $4,988.52 |

**Chapter 13 Case No. 23-10828 / CMG**

| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» LAND'S END VISA CC | Unsecured Creditors | $3,040.88 | $0.00 | $3,040.88 |
|----|-----------------------------------------------------------|---------------------|-----------|-------|-----------|
| 15 | LVNV FUNDING LLC<br>»» CITIBANK/COSTCO | Unsecured Creditors | $4,841.48 | $0.00 | $4,841.48 |
| 16 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» ZULILY CREDIT CARD | Unsecured Creditors | $157.10 | $0.00 | $157.10 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS/CARNIVAL | Unsecured Creditors | $4,246.70 | $0.00 | $4,246.70 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS/FRONTIER AIRLINES | Unsecured Creditors | $5,958.36 | $0.00 | $5,958.36 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,094.00 | Plan Balance: | $50,016.00 ** |
| Paid to Claims: | $8,361.92 | Current Monthly Payment: | $1,042.00 |
| Paid to Trustee: | $772.62 | Arrearages: | $1,042.00 |
| Funds on Hand: | $959.46 | Total Plan Base: | $60,110.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or**
**scan this code to get started.**



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.