| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
### Chapter 13 Case No. 23-10828 / MEH

Maria A. Mezzina

Petition Filed Date: 01/31/2023
341 Hearing Date: 03/02/2023
Confirmation Date: 06/21/2023

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2024 | $1,042.00 | | 02/07/2024 | $1,042.00 | | 03/08/2024 | $1,042.00 | |
| 04/08/2024 | $1,042.00 | | 05/06/2024 | $1,042.00 | | 06/07/2024 | $1,042.00 | |
| 07/09/2024 | $1,042.00 | | 08/06/2024 | $1,042.00 | | 09/10/2024 | $1,042.00 | |
| 10/07/2024 | $1,042.00 | | 11/07/2024 | $1,042.00 | | 12/09/2024 | $1,042.00 | |

**Total Receipts for the Period:  $12,504.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $22,598.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Maria A. Mezzina | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Mark N. Glyptis, Esq.<br>»» AMENDED DISCLOSURE 2/7/23 | Attorney Fees | $3,313.00 | $3,313.00 | $0.00 |
| 1 | KHEAA<br>»» NELNET | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2022/AMD $0 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 3 | SANTANDER CONSUMER USA<br>»» 2019 JEEP CHEROKEE/CRAM | Debt Secured by Vehicle | $13,069.11 | $13,069.11 | $0.00 |
| 4 | TD BANK USA NA | Unsecured Creditors | $4,119.80 | $185.58 | $3,934.22 |
| 5 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/8 RICKARD CT/1ST MTG | Mortgage Arrears | $54.18 | $54.18 | $0.00 |
| 6 | LIGHTSTREAM, a division of TRUIST BANK | Unsecured Creditors | $17,149.16 | $772.51 | $16,376.65 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $5,728.11 | $258.03 | $5,470.08 |
| 8 | LVNV FUNDING LLC<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $1,787.64 | $80.53 | $1,707.11 |
| 9 | LVNV FUNDING LLC<br>»» SYNCHRONY/VERIZON VISA | Unsecured Creditors | $674.87 | $19.56 | $655.31 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $1,613.24 | $72.67 | $1,540.57 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $4,635.01 | $208.80 | $4,426.21 |
| 12 | CITIBANK, N.A.<br>»» MY BEST BUY CC | Unsecured Creditors | $412.00 | $18.56 | $393.44 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» ULTAMATE REWARDS MC | Unsecured Creditors | $4,988.52 | $224.72 | $4,763.80 |

**Chapter 13 Case No. 23-10828 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» LAND'S END VISA CC | Unsecured Creditors | $3,040.88 | $136.98 | $2,903.90 |
| 15 | LVNV FUNDING LLC<br>»» CITIBANK/COSTCO | Unsecured Creditors | $4,841.48 | $218.09 | $4,623.39 |
| 16 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» ZULILY CREDIT CARD | Unsecured Creditors | $157.10 | $0.00 | $157.10 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS/CARNIVAL | Unsecured Creditors | $4,246.70 | $191.30 | $4,055.40 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS/FRONTIER AIRLINES | Unsecured Creditors | $5,958.36 | $268.40 | $5,689.96 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,598.00 | Plan Balance: | $37,512.00 ** |
| Paid to Claims: | $19,092.02 | Current Monthly Payment: | $1,042.00 |
| Paid to Trustee: | $1,581.22 | Arrearages: | $1,042.00 |
| Funds on Hand: | $1,924.76 | Total Plan Base: | $60,110.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**