Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 23-10828 / MEH**

Maria A. Mezzina

Petition Filed Date: 01/31/2023
341 Hearing Date: 03/02/2023
Confirmation Date: 06/21/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2025 | $1,042.00 | | 02/07/2025 | $1,042.00 | | 03/07/2025 | $1,042.00 | |
| 04/07/2025 | $1,042.00 | | 05/07/2025 | $1,042.00 | | 06/09/2025 | $1,042.00 | |
| 07/07/2025 | $1,042.00 | | 08/06/2025 | $1,042.00 | | 09/10/2025 | $1,042.00 | |
| 10/07/2025 | $1,042.00 | | 11/07/2025 | $1,042.00 | | 12/08/2025 | $1,042.00 | |
| 01/08/2026 | $1,042.00 | | 02/09/2026 | $1,042.00 | | | | |

**Total Receipts for the Period: $14,588.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $36,144.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Maria A. Mezzina | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Mark N. Glyptis, Esq.<br>»» AMENDED DISCLOSURE 2/7/23 | Attorney Fees | $3,313.00 | $3,313.00 | $0.00 |
| 1 | KHEAA<br>»» NELNET | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2022/AMD $0 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 3 | SANTANDER CONSUMER USA<br>»» 2019 JEEP CHEROKEE/CRAM | Debt Secured by Vehicle | $13,069.11 | $13,069.11 | $0.00 |
| 4 | TD BANK USA, NA | Unsecured Creditors | $4,119.80 | $1,048.30 | $3,071.50 |
| 5 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» 8 RICKARD CT/1ST MTG | Mortgage Arrears | $54.18 | $54.18 | $0.00 |
| 6 | LIGHTSTREAM, a division of TRUIST BANK | Unsecured Creditors | $17,149.16 | $4,363.68 | $12,785.48 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $5,728.11 | $1,457.55 | $4,270.56 |
| 8 | LVNV FUNDING LLC<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $1,787.64 | $454.87 | $1,332.77 |
| 9 | LVNV FUNDING LLC<br>»» SYNCHRONY/VERIZON VISA | Unsecured Creditors | $674.87 | $171.73 | $503.14 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $1,613.24 | $410.50 | $1,202.74 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $4,635.01 | $1,179.40 | $3,455.61 |

**Chapter 13 Case No. 23-10828 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 12 | CITIBANK, N.A.<br>»» MY BEST BUY CC | Unsecured Creditors | $412.00 | $98.14 | $313.86 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» ULTAMATE REWARDS MC | Unsecured Creditors | $4,988.52 | $1,269.35 | $3,719.17 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» LAND'S END VISA CC | Unsecured Creditors | $3,040.88 | $773.77 | $2,267.11 |
| 15 | LVNV FUNDING LLC<br>»» CITIBANK/COSTCO | Unsecured Creditors | $4,841.48 | $1,231.94 | $3,609.54 |
| 16 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» ZULILY CREDIT CARD | Unsecured Creditors | $157.10 | $32.31 | $124.79 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS/CARNIVAL | Unsecured Creditors | $4,246.70 | $1,080.59 | $3,166.11 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS/FRONTIER AIRLINES | Unsecured Creditors | $5,958.36 | $1,516.13 | $4,442.23 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,144.00 | Plan Balance: | $23,966.00 ** |
| Paid to Claims: | $31,524.55 | Current Monthly Payment: | $1,042.00 |
| Paid to Trustee: | $2,675.33 | Arrearages: | $1,042.00 |
| Funds on Hand: | $1,944.12 | Total Plan Base: | $60,110.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**